No. 27. SECRETARY OF AGRICULTURE *v.* CENTRAL ROIG REFINING CO. ET AL.;

No. 30. PORTO RICAN AMERICAN SUGAR REFINERY, INC. *v.* CENTRAL ROIG REFINING CO. ET AL.; and

No. 32. GOVERNMENT OF PUERTO RICO *v.* SECRETARY OF AGRICULTURE ET AL. The motion to withdraw the appearances of Howard C. Westwood and Donald Hiss as counsel for American Sugar Refining Co. et al. is granted.

No. 213. UNITED STATES EX REL. LEE WO SHING *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. Shaughnessy, Acting District Director, substituted as the party respondent. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 2, October Term, 1941. BERNARDS ET AL. *v.* JOHNSON ET AL., 314 U. S. 19. The motion to recall the mandate is denied.

No. 279, October Term, 1948. STANDARD OIL COMPANY OF CALIFORNIA ET AL. *v.* UNITED STATES, 337 U. S. 293. It is ordered that the first sentence of the first paragraph on page 19 of the slip opinion, which begins "In this connection it is significant that the qualifying language was . . ." be, and it is hereby amended to read as follows: "In this connection it is significant that the qualifying language was not added until after the House and Senate bills reached Conference." The petition for rehearing is denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

[The opinion is reported as amended in the bound volume of 337 U. S. 293, the change being at p. 312.]